IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VANESSA LANDGRAVE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 1:20-CV-00968-RP |
| | § | |
| | § | |
| FORTEC MEDICAL, INC., | § | |
| | § | |
| *Defendant.* | § | JURY TRIAL REQUESTED |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Vanessa Landgrave ("Plaintiff") and Defendant ForTec Medical, Inc. ("Defendant") hereby stipulate to the dismissal of this action with prejudice. Each party shall bear their own costs and fees incurred in this action.

Dated this 9th day of March, 2022.

Respectfully submitted,

*/s/ Joel S. Shields*
Benjamin C. Yelverton
State Bar No. 24084132
Email: yelverton@scanesrouth.com
Joel S. Shields
State Bar No. 24041907
E-mail: shields@scanesrouth.com

**SCANES YELVERTON TALBERT, LLP**
7901 Fish Pond Road, Suite 200
P. O. Box 20965
Waco, Texas 76702-0965
(254) 399-8788
(254) 399-8780 (FAX)

**ATTORNEYS FOR PLAINTIFF**

*/s/ Allyn Jaqua Lowell*
ALLYN JAQUA LOWELL
State Bar No. 24064143
Email: allyn.lowell@meaderslaw.com

**MEADERS & ALFARO**
2001 Bryan Street, Suite 3625
Dallas, TX  75201-3068
Telephone: (214) 754-8233
Facsimile: (214) 721-6289

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on this the 9th of March, 2022, a true and correct copy of the foregoing was served upon all counsel of record via CM/ECF.

*/s/* Joel S. Shields
Joel S. Shields